# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA<br>Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant TP-Link Technologies Co., Ltd. ("TP-Link Tech") (collectively, "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines set forth in its Agreed Provisional Scheduling Order, submitted on September 21, 2021 (See Dkt. No. 33). The Parties have agreed to adjust the deadline to serve their respective final contentions based on the February 11, 2022 Markman hearing date, as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This | 12/23/2021 group 1<br>3/3/2022 group 2 | 4/8/2022 group 1<br>4/8/2022 group 2 |

| deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | | |

The above extensions do not change other dates set forth in the provisional schedule, including the date for any hearing, any final submission to the Court related to a hearing, or trial.

Dated: February 7, 2022                                   Respectfully submitted,

By: */s/ Adam G. Price*                                   By: */s/ John T. Johnson*
    Raymond W. Mort, III                                      David M. Hoffman
    Texas Bar No. 00791308                                  Texas Bar No. 24046084
    raymort@austinlaw.com                                  hoffman@fr.com
    The Mort Law Firm, PLLC                                Fish & Richardson P.C.
    100 Congress Avenue, Suite 2000                        111 Congress Avenue, Suite 810
    Austin, TX 78701                                        Austin, TX 78701
    Tel/Fax: (512) 677-6825                                 Tel: (512) 472-5070
                                                            Fax: (512) 320-8935

    Adam G. Price
    Texas Bar No. 24027750                                  John T Johnson (admitted *pro hac vice*)
    aprice@dinovoprice.com                                  jjohnson@fr.com
    Christopher V. Goodpastor                               Jeffrey C. Mok (admitted *pro hac vice*)
    Texas Bar No. 00791991                                  jmok@fr.com
    cgoodpastor@dinovoprice.com                             Fish & Richardson P.C.
    Gregory S. Donahue                                      7 Times Square, 20th Floor
    Texas Bar No. 24012539                                  New York, NY 10036
    gdonahue@dinovoprice.com                                Tel: (212) 765-5070
    DiNovo Price LLP                                        Fax: (212) 258-2291
    7000 N. MoPac Expressway, Suite 350
    Austin, TX 78731                                        *Attorneys for Defendant,*
    Tel: (512) 539-2626                                      **TP-LINK TECHNOLOGIES CO., LTD.**
    Fax: (512) 539-2627

    *Attorneys for Plaintiff,*
    **WSOU INVESTMENTS, LLC d/b/a**
    **BRAZOS LICENSING AND**
    **DEVELOPMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 7, 2022, and was served via CM/ECF on all counsel of record.

*/s/ John T. Johnson*
John T. Johnson