**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>  v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>    Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA<br>Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANT'S MOTION TO REDUCE THE NUMBER OF ASSERTED PATENT CLAIMS

The Court has considered Defendant's Motion to Reduce the Number of Asserted Patent Claims (the "Motion") and all related arguments and filings in support of and in opposition to the Motion. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Reduce the Number of Asserted Patent Claims is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff reduce the number of asserted patent claims to no more than six per patent by February 28, 2022.

SO ORDERED this _____ day of _____, 2022.

                        _____
                        HONORABLE ALAN D. ALBRIGHT
                        UNITED STATES DISTRICT JUDGE